STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CICERO WEST, DEFENDANT-APPELLANT.

Submitted May 3, 1954—Decided May 10, 1954.

*Mr. Cicero West, in propria persona.*

*Mr. Frederick T. Law* and *Mr. Frank J. V. Gimino* for the respondent.

PER CURIAM. The appeal is dismissed because it was taken out of time and because there is no record before the court as required by the rules.

*For dismissal*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*Opposed*—None.